**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

November 30, 2006

LETTER TO COUNSEL IN RE:   *Reginald Jarvis v. Jo Anne B. Barnhart, Commissioner, Social Security Administration*, Civil No. CCB-05-2950

Dear Counsel:

Upon carefully reviewing your motions and memoranda in this case, it appears likely that in ruling I would rely, at least in part, on the affidavit of Andria Childs submitted by the government. While an extensive administrative record may make additional discovery unnecessary, Ms. Childs was not available to testify at the hearing before the arbitrator and has not been deposed. Accordingly, I believe the plaintiff has made a sufficient showing that additional discovery, specifically the deposition of Ms. Childs, should be permitted.

Accordingly, the defendant's motion to dismiss or for summary judgment is **Denied without prejudice**; the plaintiff's cross-motion for partial summary judgment or for discovery is **Denied without prejudice** as to the summary judgment and **Granted in part** as to discovery. Counsel should seek to schedule Ms. Childs's deposition within the next 30-45 days. Within 21 days of a transcript being obtained, the government may renew its motion for summary judgment if it so chooses; the plaintiff may respond in opposition and renew his cross-motion for partial summary judgment, if he so chooses. (See Local Rule 105.2.c). Please provide a status report by **January 4, 2007**. You may also let me know if a conference call before that date to discuss the schedule would be helpful.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an Order.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge